Faille, Fountain & Bookbinder ⎱
        vs.              ⎰ No. 71569
Margaret McDonald, App't.

### June 25, 1928.

HAHN, J.  Heard on plaintiff's motion for a new trial after verdict for defendant.

This action was brought for the sum of $120, commission on the sale of a lodging house on Broadway in Providence, the property of the defendant. The plaintiff's petition for a new trial is based on the ground that the verdict is against the evidence and the weight thereof.

The testimony of the defendant was in the first instance that she did not sign the contract authorizing the plaintiffs to sell the lodging house in question. The contract is marked Plaintiffs' Exhibit 1, and while on the witness stand the defendant was asked to write her signature, which she did —Plaintiffs' Exhibt 3. This signature is practically identical with the signature upon the card. She testified that while the original authority was to sell the place for $2,000, that she reduced the price to $1,500, which amount plaintiffs were unable to obtain for her.

The plaintiffs' testimony is in effect that her original price was $2,000 but that thereafterwards it was reduced and that when they obtained a customer for the sum of $1,200, they notified the defendant who accepted same, and with the customer took an inventory of all of the property on the premises. This inventory is Exhibit 2, and there is the further testimony of Albert Orobona, the owner of the premises in which the lodging house was located, in which he said that defendant told him over the telephone that she was getting $1,100 at the time the prospective purchaser was negotiating with him for a lease. This testimony of the landlord was not contradicted by the defendant.

In view of all of the above circumstances, it is the opinion of the Court that the verdict for the defendant is against the weight of the evidence.

Motion for a new trial granted.

For plaintiff:  W. C. H. Brand.

For defendant:  DePasquale & Turano.